Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| L.A. PRINTEX INDUSTRIES, INC., | Case No.: CV10-7526 JAK (VBKx) |
|---|---|
| Plaintiff, | **RESPONSE TO ORDER SETTING SETTLEMENT CONFERENCE; NOTICE OF DISMISSAL**; AND ORDER |
| vs. | Conference: February 27, 2012 |
| DESIGN COLLECTION, INC.; et al., | |
| Defendants. | JS-6 |

1  TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

2  **PLEASE TAKE NOTICE** that Plaintiff L.A. Printex Industries, Inc. ("LAP") hereby responds to the Court's February 4, 2012 Order Setting Settlement Conference, and provides Notice of the Dismissal of this action. Pursuant to Magistrate Judge Kenton's Order, the active parties participated in a mediation and resolved the claims at issue in this case.

The report called for by the Court in its February 4, 2012 Order was to be joint, but there remain no other active defendants in this action, as Plaintiff has resolved its claims as to the active defendants, and dismissed same.

Given the above, LAP hereby dismisses this action in its entirety.

Respectfully submitted,

Dated: February 17, 2012           DONIGER / BURROUGHS

By: /S/ Scott A. Burroughs
Scott A. Burroughs, Esq.
Attorneys for Plaintiff

IT IS SO ORDERED.
DATED: February 21, 2012

_____
UNITED STATES DISTRICT JUDGE

JOHN A. KRONSTA[DT]